1  John B. Sganga, Jr. (SBN 116,211)
   john.sganga@kmob.com
2  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street
3  Fourteenth Floor
   Irvine, CA  92614
4  Phone: (949) 760-0404
   Facsimile: (949) 760-9502
5
   Brian C. Horne (SBN 205,621)
6  brian.horne@kmob.com
   Laura M. Blau (SBN 265,106)
7  laura.blau@kmob.com
   KNOBBE, MARTENS, OLSON & BEAR, LLP
8  10100 Santa Monica Boulevard
   Suite 1600
9  Los Angeles, CA 90067
   Phone (310) 551-3450
10 Facsimile: (310) 551-3458

11 Attorneys for Plaintiff,
   THE FRS COMPANY
12

13                 IN THE UNITED STATES DISTRICT COURT

14                FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                          SAN FRANCISCO DIVISION

16

| | |
|---|---|
| THE FRS COMPANY, a California corporation, | Civil Action No. 3:12-cv-02420-RS |
| Plaintiff, | [~~PROPOSED~~] ORDER DISMISSING DEFENDANT WILLIAM WOTOCHEK WITHOUT PREJUDICE |
| v. | |
| REVIVE FRANCHISING, LLC, a limited liability company; RYLO PRODUCTS, LLC, a limited liability company; SITO MARKETING, LLC, a limited liability company, d/b/a Revive Energy Mints; CHRISTOPHER ROBERTSON, an individual; MICHAEL KELTY, an individual; and WILLIAM WOTOCHEK, an individual | |
| Defendants. | |

1  Pursuant to the Notice of Voluntary Dismissal filed by FRS, William Wotocheck is
2  dismissed from this case without prejudice.
3
4  **IT IS SO ORDERED.**
5
6  Dated: 8/9/12
7  Honorable Richard Seeborg
   UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15  13724440
16
17
18
19
20
21
22
23
24
25
26
27
28