John B. Sganga, Jr. (SBN 116,211)
john.sganga@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Brian C. Horne (SBN 205,621)
brian.horne@kmob.com
Laura M. Blau (SBN 265,106)
laura.blau@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
10100 Santa Monica Boulevard
Suite 1600
Los Angeles, CA 90067
Phone (310) 551-3450
Facsimile: (310) 551-3458

Attorneys for Plaintiff,
THE FRS COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE FRS COMPANY, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>REVIVE FRANCHISING, LLC, a limited liability company; RYLO PRODUCTS, LLC, a limited liability company; SITO MARKETING, LLC, a limited liability company, d/b/a Revive Energy Mints; CHRISTOPHER ROBERTSON, an individual; MICHAEL KELTY, an individual; and WILLIAM WOTOCHEK, an individual<br><br>　　　　　　Defendants. | Civil Action No. 3:12-cv-02420-RS<br><br>**[PROPOSED] ORDER DISMISSING DEFENDANT WILLIAM WOTOCHEK WITHOUT PREJUDICE** |

1  Pursuant to the Notice of Voluntary Dismissal filed by FRS, William Wotocheck is
2  dismissed from this case without prejudice.
3
4  **IT IS SO ORDERED.**
5
6  Dated: 8/9/12
7  _____
   Honorable Richard Seeborg
8  UNITED STATES DISTRICT JUDGE

13724440